IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **EDWARD LaMONICA,** | § | |
| **ASHLEY LaMONICA,** | § | |
| **LARA HARRISON, and** | § | |
| **others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CASE NO. : 4:13-cv-00173 |
| | § | |
| **RMCN CREDIT SERVICES, INC. and** | § | |
| **DOUGLAS PARKER and JULIE PARKER,** § | | |
| | § | **JURY DEMANDED** |
| **Defendant.** | § | **FLSA COLLECTIVE ACTION** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the court considered the Plaintiffs' *Motion to Dismiss with Prejudice*. The court finds that the Motion [de#3] is well-taken and should be granted. It is therefore,

ORDERED that the *Motion to Dismiss with Prejudice* is hereby GRANTED. It is further,

ORDERED that all claims asserted and claims which could have been asserted in this lawsuit by Plaintiffs are hereby dismissed with prejudice. It is further,

ORDERED that all attorneys' fees and costs of court shall be borne by the party incurring the same. It is further,

ORDERED that all relief not expressly granted herein is denied.

IT IS SO ORDERED.

**SIGNED this the 25th day of July, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE